IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY HAYHURST**                                                                                      **PLAINTIFF**

v.                                   Case No. 4:14-cv-00080 KGB

**CITY OF LITTLE ROCK; CENTRAL**
**ARKANSAS LIBRARY SYSTEM;**
**and JOHN DOES 1-3**                                                                                  **DEFENDANTS**

## ORDER

Based on the parties' stipulation of dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Dkt. No. 11), the Court dismisses with prejudice all claims brought or which may have been brought in this lawsuit. Each party agrees to bear its own costs and attorney fees associated with this matter.

SO ORDERED this the 18th day of November, 2014.

_____
Kristine G. Baker
United States District Judge